AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:19MJ 208 -1
Priority Mail parcel bearing mailing label with tracking )
number 9505 5105 9477 9169 1743 58, located at 3701 )
W. Wendover Avenue, Greensboro, NC 27495 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Middle___ District of ___North Carolina___
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel bearing mailing label with tracking number 9505 5105 9477 9169 1743 58, located at 3701 W. Wendover Avenue, Greensboro, NC 27495

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

United States Currency

**YOU ARE COMMANDED** to execute this warrant on or before ___July 3, 2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Judge L. Patrick Auld___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___June 20, 2019; 12:06 PM___  ___[signature]___
*Judge's signature*

City and state: ___Greensboro, North Carolina___  ___L. Patrick Auld, U.S. Magistrate Judge___
*Printed name and title*

## Return

| Case No.: 1:19MJ___208_-1 | Date and time warrant executed: June 20, 2019   1:02 p.m. | Copy of warrant and inventory left with: Greensboro Domicile |
|---|---|---|

Inventory made in the presence of :
J. Blanks, A. Pollard

Inventory of the property taken and name of any person(s) seized:

No items removed from parcel.------------------------------------------------------------------------------------------------

## Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   June 27, 2019

*Angela D. Pollard* (signature)
*Executing officer's signature*

Angela D. Pollard - Postal Inspector
*Printed name and title*